FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 07 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHAD M. CARLSEN; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>GLOBAL CLIENT SOLUTIONS, LLC, an Oklahoma limited liability company, and ROCKY MOUNTAIN BANK & TRUST, a Colorado financial institution,<br><br>        Defendants - Appellants. | No. 10-35324<br><br>D.C. No. 2:09-cv-00246-LRS<br>Eastern District of Washington, Spokane<br><br>ORDER |

Before: McKEOWN, FISHER, and GOULD, Circuit Judges.

    Appellants' emergency motion for a temporary administrative stay is denied.

    Oral argument will proceed on Wednesday, March 9, 2011 at 9:30 a.m.

rb/MOATT