|  |  |
|---|---|
| HONORABLE LONNY R. SUKO | |

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott darrellscott@mac.com
Matthew J. Zuchetto matthewzuchetto@mac.com
926 West Sprague Avenue, Suite 680
Spokane, WA  99201
Ph:   (509) 455-3966

DURKOP LAW OFFICE
Timothy W. Durkop tim@durkoplaw.com
2312 N. Cherry Street, Suite 100
Spokane Valley, WA  99216
Ph:   (509) 928-3848

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHAD M. CARLSEN and SHASTA L. CARLSEN, husband and wife, individually and on behalf of a Class of similarly situated Washington families; and CARL POPHAM and MARY POPHAM, husband and wife, individually and on behalf of a Class of similarly situated Washington families;<br><br>         Plaintiffs,<br>    v.<br>GLOBAL CLIENT SOLUTIONS, LLC, an Oklahoma limited liability company; GLOBAL HOLDINGS LLC, an Oklahoma limited liability company; ROCKY MOUNTAIN BANK & TRUST, a Colorado financial institution; ROBERT MERRICK, a resident of Oklahoma; MICHAEL HENDRIX, a resident of Oklahoma; and JOHN AND JANE DOES A-F,<br><br>         Defendants. | NO.  CV-09-246-LRS<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT GLOBAL HOLDINGS LLC |

ORDER GRANTING STIPULATED MOTION FOR
VOLUNTARY DISMISSAL OF DEFENDANT
GLOBAL HOLDINGS LLC:  1

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA  99201
(509) 455-3966

1  THIS MATTER came before the Court on the parties' Stipulated Motion for
2  Voluntary Dismissal of Defendant Global Holdings LLC.  Accordingly, it is
3  hereby:

4  ORDERED that, pursuant to the parties' Stipulated Motion, Defendant
5  Global Holdings, LLC, is hereby dismissed from the above-captioned action,
6  without prejudice, with each side to assume its own attorney fees and costs.

7  DONE IN OPEN COURT this 20th day of September, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

Presented by:

THE SCOTT LAW GROUP, P.S.


By:  __/s/ Matthew J. Zuchetto_____
Matthew J. Zuchetto, WSBA #33404
matthewzuchetto@mac.com

*Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION FOR
VOLUNTARY DISMISSAL OF DEFENDANT
GLOBAL HOLDINGS LLC:  2

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA  99201
(509) 455-3966