AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CHAD M. CARLSEN and SHASTA CARLSEN, husband and wife, et al.,

        Plaintiffs,

v.

GLOBAL CLIENT SOLUTIONS, LLC, an Oklahoma limited liability company; ROCKY MOUNTAIN BANK & TRUST, a Colorado financial institution, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-246-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the Final Order and Judgment Approving Class Settlement, ECF No. 218, and judgment is entered against defendants and in favor of plaintiffs in the sum of $1,831,015.04 pursuant to the Order Granting Motion for Approval of Attorney Fees and Costs, ECF No. 219.

| | |
|---|---|
| June 11, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |