UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHAD M. CARLSEN; et al.,

        Plaintiffs - Appellees,

v.

GLOBAL CLIENT SOLUTIONS, LLC, an Oklahoma limited liability company and ROCKY MOUNTAIN BANK & TRUST, a Colorado financial institution,

        Defendants - Appellants.

No. 12-35571

D.C. No. 2:09-cv-00246-LRS
U.S. District Court for Eastern Washington, Spokane

**MANDATE**

The judgment of this Court, entered October 16, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $70.40.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Margoth Turcios
        Deputy Clerk